# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2017-0727, <u>The World of Discovery, Inc. v. Victoria Rogers & a.</u>, the court on June 29, 2018, issued the following order:**

Having considered the brief and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, The World of Discovery, Inc. (school), appeals an order of the Circuit Court (<u>Kent</u>, Referee, approved by <u>Lyons</u>, J.), in its collection action against the defendants, Victoria Rogers and Steven Dwight. It claims that the trial court erred by denying it daily late fees and attorney's fees.

The school, as the appealing party, has the burden on appeal to provide a record that is sufficient to decide the issues it is raising and to demonstrate that it raised those issues in the trial court. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see</u> <u>Sup. Ct. R.</u> 13(3), 15(3) (if appealing party intends to argue that a ruling is unsupported by or contrary to the evidence, the party shall include a transcript of all evidence relevant to such ruling). Absent a transcript, we assume the evidence was sufficient to support the result reached by the trial court, <u>Bean</u>, 151 N.H. at 250, and review its order for errors of law only, <u>see</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 397 (1997).

In this case, the school has failed to provide a transcript of the hearing before the trial court. Accordingly, we assume that the evidence was sufficient to support the trial court's determination. <u>Bean</u>, 151 N.H. at 250. We review the trial court's order for errors of law only, <u>see</u> <u>Atwood</u>, 142 N.H. at 397, and find none.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**